UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

JULIE A. SNOWDEN,                               Civil Action No.:

        Plaintiff,

        -against-                                **RULE 7.1 STATEMENT**

HOME DEPOT U.S.A., INC.,

        Defendant.

-------------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Home Depot U.S.A., Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    1.    The Home Depot, Inc;

    2.    Maintenance Warehouse/America Corp.;

    3.    Apex Supply Company, Inc.;

    4.    Home Depot International, Inc.;

    5.    National Blinds & Wallpaper, Inc.;

    6.    Georgia Lighting, Inc.;

    7.    Habitat Stores, Inc.;

    8.    Maintenance Warehouse International, Inc.;

    9.    Brown Jet Center, Inc.;

    10.    Home Depot (U.K.) Ltd.;

#265327v1

11.  Homerlease Co., Inc.;

12.  THD Bermuda, Inc.;

13.  Home Depot Incentives, Inc.;

14.  H.D.V.I. Holding Company, Inc.;

15.  Home Depot Plumbing Services, LLC;

16.  Home Depot Your Other Warehouse, LLC;

17.  Newco, LLC;

18.  Home Depot NRO Holdings Inc.;

19.  Home Depot PR Holdings, Inc.;

20.  Home Depot of Canada, Inc.;

21.  Home Depot Puerto Rico, Inc.;

22.  Home Depot Realty U.L.C.;

23.  HD Canada Realty LP;

24.  Home Depot Holdings Inc.;

25.  Home Depot Nova Scotia Investments (S) U.L.C.;

26.  Home Depot Realty Nova Scotia Ltd. Ptrshp;

27.  Home Depot Scotia Investments (B1) U.L.C.;

28.  Home Depot Scotia Investments (B2) U.L.C.;

29.  3589196 Canada Limited;

30.  3038165 Canada Limited;

31.  3038173 Canada Limited;

32.  3807908 Canada Limited;

33.  3807196 Canada Limited;


34. 1207438 Ontario Limited;

35. 1344493 Canada Limited;

36. HD Holdings Mexico, S.A.;

37. Home Depot U.S.A., Inc.;

38. Solutiones Para Las Casas de Mexico S. de R.I. de C.V.;

39. Total Home S.A. de C.V.;

40. Servicio Superior, S.A. de C.V.;

41. HD USA Mexico Holding Company, Inc.;

42. Productos HD, S.A. de C.V.;

43. The Home Depot S.O.C., Inc.;

44. Thusa, Inc. (domestic);

45. Home Depot de Mexico, S.A. de C.V.;

46. Homer TLC, Inc,;

47. The Home Depot Special Services, Inc.;

48. True Blue Ventures, Inc.;

49. True Blue Country Lakes, L.P.;

50. HD Development Holdings, Inc.;

51. HD Development of Maryland, Inc.; and

52. HD Development Properties, Inc.

Dated: New York, New York
April 13, 2007

#265327v1                                                                 3

Yours, etc.,

D'AMATO & LYNCH

By: _____
ARTURO M. BOUTIN (AB8654)
Attorneys for Defendant
HOME DEPOT U.S.A., INC.
70 Pine Street
New York, New York  10270
(212) 269-0927
**Our File No.: 434-74213**

#265327v1

4