# JEFFREY S. ALTBACH

## ATTORNEY AT LAW

LIBERTY PROFESSIONAL PLAZA
111 SULLIVAN AVENUE
P. O. BOX 554
FERNDALE, NEW YORK 12734

TELEPHONE: (845) 292-6640
TELEFAX: (845) 292-1780

~~MEMO ENDORSED~~   ~~WN M. CONKLIN, ESQ.~~

May 16, 2007

*Application Granted*
*Conference re-scheduled*
*to 6/22/07 @ 9:00 AM*
*So Ordered*
*May 17, 2007*
*Charles L. Brieant USDJ*

BY TELEFAX: 914 390-4085

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street, Room. 275
White Plains, New York 10601

    RE:    SNOWDEN V. HOME DEPOT U.S.A., INC.
            07 Civ. 3058 (CLB) (GAY)
            CONFERENCE: JUNE 15, 2007

Dear Judge Brieant:

This will acknowledge the Notice from the United States District Court dated April 24, 2007, advising of a Court Conference at 9:00 A.M. on Friday, June 15, 2007.

A copy of the Notice is enclosed.

As I have a longstanding commitment on that date, and with the consent of defense counsel, it is requested that the matter be adjourned for one week until 9:30 A.M. on Friday, June 22, 2007.

Thanking you for your anticipated cooperation, I am

                                              Respectfully,

                                              JEFFREY S. ALTBACH

JSA:jmd

cc:    Arturo Boutin, Esq.
       D'Amato & Lynch
       70 Pine Street
       New York, New York 10270-0110
       (By telefax 212 269-3559)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____