Brieant, J.    RR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

JULIE A. SNOWDEN,                                    Civil Action No.:
                                                     07 CV 3058 (CLB) (GAY)
                            Plaintiff,
                                                     **STIPULATION AND**
                -against-                            **ORDER OF DISMISSAL**

HOME DEPOT U.S.A., INC.,

                            Defendant.

------------------------------------------------------------------ X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       October 9, 2007

JEFFREY S. ALTBACH, ESQ.                    D'AMATO & LYNCH, LLP

By: _____                 By: _____
    JEFFREY S. ALTBACH                          ARTURO M. BOUTIN
    Attorneys for Plaintiff                     Attorneys for Defendant
    JULIE A. SNOWDEN                            HOME DEPOT U.S.A., INC.
    Liberty Professional Plaza                  70 Pine Street
    111 Sullivan Avenue                         New York, New York 10270
    Ferndale, New York 12734                    (212) 269-0927
    (845) 292-6640                              **Our File No.: 434-74213**

SO ORDERED:
                                            October 22, 2007
                                            White Plains, NY
_____
CHARLES L. BRIEANT, U.S.D.J.


#280516v1